Kelly H. Dove
Nevada Bar No. 10569
Tanya N. Lewis
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
   tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY L. ROOP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; WELLS FARGO BANK, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; INNOVIS DATA SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | Case No. 2:21-cv-00983-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Shirley L. Roop ("Plaintiff"), through her attorney, the law firm Law Office of Kevin L. Hernandez and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **July 2, 2021**, in which to file its responsive pleading.

4851-3051-3134

This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is requested for good cause and so that Wells Fargo can have adequate time to prepare its response.

Dated: June 9, 2021                                     SNELL & WILMER L.L.P.

By: /s/ *Tanya N. Lewis*
   Kelly H. Dove
   Nevada Bar No. 10569
   Tanya N. Lewis
   Nevada Bar No. 8855
   3883 Howard Hughes Parkway
   Suite 1100
   Las Vegas, Nevada  89169

   *Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: June 9, 2021                                     LAW OFFICE OF KEVIN L. HERNANDEZ

By: /s/ Kevin L. Hernandez*
   Kevin L. Hernandez
   Nevada Bar No. 12594
   8872 S. Eastern Avenue, Suite 270
   Las Vegas, Nevada 89123
   kevin@kevinhernandezlaw.com

   *Attorney for Plaintiff*

   *e-signed with permission via email*

**ORDER**

**IT IS HEREBY ORDERED THAT Wells Fargo's time to respond to Plaintiff's Complaint is extended to July 2, 2021.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED  June 9  , 2021.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*