Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY L. ROOP, an individual;<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; WELLS FARGO BANK, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; INNOVIS DATA SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | CASE NO. 2:21-cv-00983-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

The response of Defendant JPMorgan Chase Bank, National Association ("Chase") to Plaintiff Shirley L. Roop's Complaint (ECF No. 1) currently is due June 25, 2021.  Chase has requested, and Plaintiff has agreed, that Chase has up to and including July 26, 2021 to respond to Plaintiff's Complaint, to provide time for Chase to investigate Plaintiff's allegations and to prepare a response.

*[Continued on following page.]*

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: June 22, 2021

| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| By: /s/ Joel E. Tasca <br> Joel E. Tasca <br> Nevada Bar No. 14124 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 <br><br> *Attorneys for Defendant* <br> *JPMorgan Chase, National Association* | By: /s/ Kevin L. Hernandez <br> Kevin L. Hernandez <br> Nevada Bar No. 12594 <br> 8872 S. Eastern Avenue, Suite 270 <br> Las Vegas, Nevada 89123 <br><br> *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 22, 2021

2