Kelly H. Dove
Nevada Bar No. 10569
Tanya N. Lewis
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY L. ROOP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; WELLS FARGO BANK, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; INNOVIS DATA SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | Case No. 2:21-cv-00983-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

It is hereby stipulated by and between Plaintiff Shirley L. Roop ("Plaintiff"), through her attorney, the law firm Law Office of Kevin L. Hernandez and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **July 12, 2021**, in which to file its responsive pleading.

4819-9426-3792

This is the parties' second request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is requested for good cause and so that Wells Fargo can have adequate time to prepare its response.

Dated: July 1, 2021				SNELL & WILMER L.L.P.


						By: /s/ *Tanya N. Lewis*
						    Kelly H. Dove
						    Nevada Bar No. 10569
						    Tanya N. Lewis
						    Nevada Bar No. 8855
						    3883 Howard Hughes Parkway
						    Suite 1100
						    Las Vegas, Nevada 89169

						    *Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: July 1, 2021				LAW OFFICE OF KEVIN L. HERNANDEZ


						By: /s/ Kevin L. Hernandez*
						    Kevin L. Hernandez
						    Nevada Bar No. 12594
						    8872 S. Eastern Avenue, Suite 270
						    Las Vegas, Nevada 89123
						    kevin@kevinhernandezlaw.com

						    *Attorney for Plaintiff*

						    *e-signed with permission via email*

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | |
| 3 | **IT IS HEREBY ORDERED THAT Wells Fargo's time to respond to Plaintiff's** |
| 4 | **Complaint is extended to July 12, 2021.** |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED   July 2   , 2021.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'s TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** to be served via CM/ECF electronic filing system to the following:

Kevin L. Hernandez
LAW OFFICE OF KEVIN L. HERNANDEZ
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com

*Attorney for Plaintiff*

DATED this 1st day of July, 2021.

/s/ Susan Ballif
An Employee of Snell & Wilmer L.L.P.