Kelly H. Dove
Nevada Bar No. 10569
Tanya N. Lewis
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY L. ROOP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; WELLS FARGO BANK, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; INNOVIS DATA SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | Case No. 2:21-cv-00983-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

It is hereby stipulated by and between Plaintiff Shirley L. Roop ("Plaintiff"), through her attorney, the law firm Law Office of Kevin L. Hernandez and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **July 23, 2021**, in which to file its responsive pleading.

4833-9448-6001

This is the parties' third request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is requested for good cause. The parties are currently discussing a possible early resolution of this matter.

Dated: July 8, 2021                                  SNELL & WILMER L.L.P.


By: /s/ *Tanya N. Lewis*
    Kelly H. Dove
    Nevada Bar No. 10569
    Tanya N. Lewis
    Nevada Bar No. 8855
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169

*Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: July 8, 2021                                  LAW OFFICE OF KEVIN L. HERNANDEZ


By: /s/ Kevin L. Hernandez*
    Kevin L. Hernandez
    Nevada Bar No. 12594
    8872 S. Eastern Avenue, Suite 270
    Las Vegas, Nevada 89123
    kevin@kevinhernandezlaw.com

*Attorney for Plaintiff*

*e-signed with permission via email*

# **ORDER**

**IT IS HEREBY ORDERED THAT Wells Fargo's time to respond to Plaintiff's Complaint is extended to July 23, 2021.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED July 8, 2021.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*