JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: jthompson@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY L. ROOP, an individual, | **Case No. 2:21-cv-00983-APG-EJY** |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| JPMORGAN CHASE BANK, N.A., a national banking association; WELLS FARGO BANK, N.A., a national banking association; EQUIFAX INFORMATION SERVICES LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; INNOVIS DATA SOLUTIONS, INC., a foreign corporation, | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

no opposition.  Accordingly, pursuant to LR IA 6-1, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 23, 2021 through and including **August 23, 2021**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 23rd day of July, 2021.

| | |
|---|---|
| CLARK HILL PLLC | <u>*No opposition*</u> |
| By: /s/Jeremy J. Thompson<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com<br><br>*Attorney for Defendant Equifax Information Services LLC* | /s/Kevin L. Hernandez<br>Kevin L. Hernandez<br>Nevada Bar No. 12594<br>LAW OFFICE OF KEVIN L. HERNANDEZ<br>8872 S. Eastern Avenue<br>Las Vegas, NV 89123<br>Phone: (702) 563-4450<br>Fax: (702) 552-0408<br>Email: kevin@kevinhernandezlaw.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  July 23, 2021

- 2 -