Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, National Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY L. ROOP, an individual;<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; WELLS FARGO BANK, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; INNOVIS DATA SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | CASE NO. 2:21-cv-00983-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(First Request)** |

Pursuant to LA IA 6-1, LR 7-1, and LR 26-3, Plaintiff Shirley L. Roop ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Chase") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and request that the Court extend the discovery deadlines in this matter by 60 days. This is the Parties' first request to extend the discovery deadlines.

**(a) Statement Specifying the Discovery Completed**

All Parties have served their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

Plaintiff served her first set of Interrogatories, Requests for Production, and Requests for Admissions to Chase on August 10, 2021. Chase has not yet served responses.

### (b) Specific Description of Discovery that Remains to be Completed

Chase needs to respond to Plaintiff's first set of Interrogatories, Requests for Production, and Requests for Admission.

Chase needs to serve its first set of discovery requests.

The Parties have not taken any depositions or served any deposition requests. All depositions still need to be taken.

The Parties have not started expert discovery.

### (c) The Reasons Why the Deadline Was Not Satisfied or the Remaining Discovery Was Not Completed Within the Time Limits Set by the Discovery Plan

Good cause exists to extend the time to complete the above discovery in order to permit Plaintiff and Chase to respond to and serve written discovery and depose essential witnesses. Over the last three months, the Parties have engaged in good faith settlement discussions, but were unfortunately not able to come to a resolution.

### (d) Proposed Schedule for Completing All Remaining Discovery

The Parties propose a 60-day extension to complete discovery as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Expert Disclosures | October 18, 2021 | December 17, 2021 |
| Rebuttal Expert Disclosures | November 17, 2021 | January 17, 2022 |
| Close of Discovery | December 15, 2021 | February 14, 2022 |
| Dispositive Motions | January 14, 2022 | March 15, 2022 |

*[Continued on following page.]*

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: November 18, 2021

| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| By: /s/ Joel E. Tasca | By: /s/ Kevin L. Hernandez |
| Joel E. Tasca | Kevin L. Hernandez |
| Nevada Bar No. 14124 | Nevada Bar No. 12594 |
| 1980 Festival Plaza Drive, Suite 900 | 8920 W. Tropicana Avenue, Suite 101 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89147 |
| *Attorneys for Defendant JPMorgan Chase, National Association* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 18, 2021

3